PER CURIAM: Considering the nature of the action, we think that the defendant should be allowed to serve a supplemental answer. The fact that she did not make the affidavit is explained by her absence in Europe, sick. The order appealed from should be reversed and the motion granted. Present — O'Brien, P. J., Patterson (dissenting), Ingraham, Laughlin and Clarke, JJ. Order reversed and motion granted.

M. Perez Company, Appellant, v. Nathan Apfel, Defendant, and Jacob Broda Respondent.— Appeal from order denying motion for appointment of receiver.

PER CURIAM: Upon condition that the defendant give an undertaking with two sureties to pay any judgment that the plaintiff may recover against him, the order appealed from denying a motion for the appointment of a receiver and for an injunction should be affirmed, without costs. If he should refuse or neglect within ten days after service of a copy of the order to be entered hereon to give such undertaking the order appealed from will be reversed, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. Present— O'Brien, P. J., Patterson, Ingraham, Laughlin and Clarke, JJ. Order affirmed, without costs, on defendant complying with conditions stated in opinion; otherwise, order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs.

Jacob Podalsky and Hyman Fabricant, Respondents, v. John B. Ireland, Appellant.

*Examination before trial — order therefor modified.*

Appeal from order denying defendant's motion to vacate order for examination of defendant before trial.

PER CURIAM: The order should be modified by limiting the examination of the defendant to the question of signing of the lease and the agency of his agent in fact, purporting to be the agent who signed the lease, and as so modified affirmed, without costs. Present — O'Brien, P. J., Ingraham, McLaughlin, Clarke and Houghton, JJ. Order modified as stated in opinion and as modified affirmed, without costs.

William F. Donnelly, Appellant, v. Percival J. H. Whittaker and William R. Mason, Defendants. Pennsylvania, New York and Long Island Railroad Company, Intervenor and Respondent.— Appeal from order granting respondent's motion to intervene.

PER CURIAM: The order should be modified so as to require the respondent to pay the costs of the action to the date of the order and ten dollars costs of motion, and as thus modified affirmed, without costs of appeal to either party. Present — O'Brien, P. J., Patterson, Ingraham, Laughlin and Clarke, JJ. Order modified as directed in opinion and as modified affirmed, without costs.

Julia S. Boyd, Respondent, v. United States Mortgage and Trust Company, Appellant.— Appeal from judgment entered upon verdict of jury and from order denying motion for new trial.

PER CURIAM: The questions presented upon this appeal have been determined by this court upon a former appeal (94 App. Div. 413). The judgment is, therefore, affirmed upon the prevailing opinion, Ingraham, J., dissenting upon his opinion on the former appeal. Present — O'Brien, P. J., Patterson, Ingraham (dissenting), Clarke and Houghton, JJ. Judgment and order affirmed, with costs

Michael Conyngham, Appellant, v. Louis F. Haffen, Respondent.— Appeal from judgment overruling demurrers to two separate defenses in the answer.

PER CURIAM: The judgment appealed from should be modified by affirming the same as to the defense designated in the answer as "a separate answer and defense;" and by reversing the judgment and sustaining the demurrer, with costs, with leave to the defendant to amend on payment of costs in the court below, as to the defense designated in the answer as "a further defense." As so modified judgment should be affirmed, without costs of appeal to either

party. Present — O'Brien, P. J., Patterson, McLaughlin, Clarke and Houghton, JJ. Judgment modified as directed in opinion, and as modified affirmed, without costs.